# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 18, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

   Re: Victor Alexander Icenogle
     v. Texas
     No. 14-8747
     (Your No. WR-71,570-06)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

        Sincerely,

        *Scott S. Harris*

        Scott S. Harris, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk